**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1719**

_____

CHONG SU YI, And People of Similarly Situated.,

Plaintiff – Appellant,

v.

ARCHDIOCESE OF NEW ORLEANS,

Defendant – Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Theodore D. Chuang, District Judge. (8:16-cv-01073-TDC)

_____

Submitted:  December 15, 2016      Decided:  December 19, 2016

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Chong Su Yi, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's dismissal order to show that it is without prejudice and affirm as modified for the reasons stated by the district court. Yi v. Archdiocese of New Orleans, No. 8:16-cv-01073-TDC (D. Md. Apr. 22 & May 31, 2016); see also Nagy v. FMC Butner, 376 F.3d 252, 258 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED